## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | Case No. 15-03076 (MCF) |
|---|---|
| JOSE L. LIZARDI ORTIZ | |
| Debtor in Possession | CHAPTER 11 |

### APLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW**, the debtor in possession, as applicant in this matter, who applies to the court for the approval of César R. Rosario Vega of the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., as debtor's attorney and respectfully states as follows:

1. The above captioned Debtor filed his petition for relief under Chapter 11 of the Bankruptcy Code on April 28th, 2015, and continues operating his business and property as debtor in possession pursuant to Sections 1101 and 1107 of the Title 11 of the United States Code.

2. Debtor needs the services of an attorney to provide specialized legal advice on Employee Retirement Income Security Act of 1974, as amended ("ERISA").

3. To that effect, Debtor has selected César R. Rosario Vega of the Law Firm Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., as his special counsel on this matter because he has considerable experience in ERISA law and Debtor believes that he is well qualified to represent him in this

1

proceedings.

4. The professional services to be rendered by the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., will include, among other, legal advice in Debtor's interest in the employee pension benefit plans as such terms are defined in ERISA.

5. To the best of my knowledge, César R. Rosario Vega of the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., nor any of his employees have any connection with the debtor, the creditors, any party in interest, his attorneys, his accountants, the U.S. Trustee, and the personnel of the U.S. Trustee.

6. To the best of the debtor's knowledge César R. Rosario Vega, nor any of the employees of the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., represent or hold any interest adverse to the debtor or the estate in the matters upon which he is to be engaged, pursuant to 11 U..S.C. 327 (a).

7. To the best of the debtor's knowledge, César R. Rosario Vega and the employees of the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., are a disinterested persons within the meaning of 11 U.S.C. 101 (14).

8. To the best of debtor's knowledge César R. Rosario Vega of the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., is fully aware that he may not share or agree to share the compensation or reimbursement

2

received from the services provided in this case, pursuant to 11 USC 504, except as provided by law.

9. Compensation for professional services to be rendered in this case is agreed as follows:

    a) In the case of César R. Rosario Vega and/or other attorney, a rate of $250.00 per hour plus any costs and expenses.

    b) In the case of legal assistance, a rate of $150.00 per hour plus any costs and expenses.

10. César R. Rosario Vega and the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., will not request at this moment a retainer fee.

11. The applicant fully understands that any compensation to be received including retainer, if any, is subject to Court's approval and other future invoices upon a proper application and notice thereof and that he will maintain a detail of the work performed by task and time and that he has agreed to consult with the Debtor and Debtor's attorney at all times in connection with the work performed. Even though applications for compensation should be applied to the Court not less than 120 days, pursuant to 11 U.S.C. 331, the applicant requires from the Court authorization to file his applications for compensation in monthly basis, due to the fact that the services will be limited to a specialized matter and no retainer will be required.

12. That a verified statement is attached to this application in compliance with section 327 9(a) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedures 2010. In addition, and in compliance with LBR 2014-1, applicant enclosed his curriculum vitae.

13. A copy of this application has been served to the US Trustee, pursuant to Federal Rule of Bankruptcy Procedure 2014 and 11USC 327(a).

**WHEREFORE**, the debtor prays this Honorable Court to enter an order approving the engagement of César R. Rosario Vega from the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., pursuant to Section 327 (a) of the Bankruptcy Code, for the purpose hereinafter described with compensation to be allowed upon prior application and after notice and hearing, if necessary.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22th day of May, 2015.

## NOTICE

Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice, as follow:

- **SOLYMAR CASTILLO MORALES** scastillo@gaclaw.com, jrosado@gaclaw.com
- **CARMEN D CONDE TORRES** notices@condelaw.com
- **MONSITA LECAROZ ARRIBAS** ustpregion21.hr.ecf@usdoj.gov

**C. CONDE & ASSOC.**

254 San José Street, 5th Floor

Old San Juan, Puerto Rico 00901

Telephone: 787-729-2900

Facsimile: 787-729-2203

E-Mail: *condecarmen@microjuris.com*

/s/ Carmen D. Conde Torres

**Carmen D. Conde Torres**

**USDC No. 207312**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | Case No. 15-03076 (MCF) |
|---|---|
| JOSE L. LIZARDI ORTIZ | |
| Debtor in Possession | CHAPTER 11 |

VERIFIED STATEMENT OF SPECIAL COUNSEL

TO THE HONORABLE COURT:

I, César R. Rosario Vega, on behalf of the firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., with offices at 208 Ponce de León Avenue, Suite 1600, San Juan, PR 00918, do hereby certify under penalty of perjury that to the best of my knowledge, information and belief the following is true and correct:

1. That the undersigned as well as other members of the firm are duly admitted to practice law and in good standing to practice as such in the Commonwealth of Puerto Rico and also admitted to the United States District Court for the District of Puerto Rico.

2. Debtor needs the services of an attorney to provide specialized legal advice on Employee Retirement Income Security Act of 1974, as amended ("ERISA").

3. To that effect, Debtor has selected the firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., and the undersigned, as his legal counsel on this matter because I have considerable experience in ERISA law and Debtor believes that I am well qualified to represent him in this proceedings.

4. The professional services to be rendered by the Law Firm of Adsuar Muñiz

Goyco Seda & Pérez-Ochoa, P.S.C., will include, among other, legal advice in Debtor's interest in the employee pension benefit plans as such terms are defined in ERISA.

5. To the best of my knowledge, the undersigned nor any member or any employee of the firm have any connection with the debtor, the creditors, any party in interest, his attorneys, his accountants, the US Trustee and the personal of the United States Trustee.

6. To the best of my knowledge, the undersigned nor any member or any employee of the firm, represent or hold any interest adverse to the debtor or the estate in the matters upon which will be engaged, pursuant to 11 U.S.C. 327 (a).

7. The undersigned and the firm are disinterested persons within the meaning of 11 U.S.C. 101 (14) and our engagement is in the best interest of the estate.

8. The undersigned and the firm are fully aware that they may not share or agree to share the compensation or reimbursement received from the services provided in this case, pursuant to 11 USC 504, except as provided by law.

9. Compensation for professional services to be rendered in this case is agreed as follows:

   a) In the case of César R. Rosario Vega and/or other attorney, a rate of $250.00 per hour plus any costs and expenses.

   b) In the case of legal assistance, a rate of $150.00 per hour plus any costs and expenses.

10. The applicant and the Law Firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa,

P.S.C., will not request at this moment a retainer fee.

11. The undersigned fully understands that any compensation to be received, including retainer, if any, is subject to Court's approval and other future invoices upon a proper application and notice thereof and that I will maintain a detail of the work performed by task and time and that I have agreed to consult with the Debtor and Debtor's attorney at all times in connection with the work performed. Even though applications for compensation should be applied to the Court not less than 120 days, pursuant to 11 U.S.C. 331, the undersigned requires from the Court authorization to file his applications for compensation in monthly basis, due to the fact that the services will be limited to a specialized matter and no retainer will be required.

12. This statement shall be immediately amended upon knowledge that: a) any of the representations made herein are incorrect, or b) there is any change of circumstances relating thereto.

13. The undersigned has reviewed the provisions of LBR 2016-1.

14. A copy of my application has been served to the US Trustee, pursuant to Federal Rule of Bankruptcy Procedure 2014 and 11USC 327(a).

15. That this verified statement is provided in compliance with Section 327 (a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedures 2014-1, for the purpose described in Debtor's Application for Employment of Special Counsel, with compensation to be allowed upon prior application and after notice and hearing, if necessary.

16. I HEREBY CERTIFY under penalty of perjury that the foregoing is correct, as provided in 28 U.S.C. §1746.

**RESPECTFULLY SUBMITTED.**

In San Juan, P.R., this 22th day of May, 2015.

>Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C.
>PO Box 70294
>San Juan, PR 00936-8294
>Telephone 787-756-9000
>Facsimile 787-756-9010
>E-Mail: rosario@amgprlaw.com
>
>*/s/ Cesar R. Rosario Vega*
>CESAR R. ROSARIO VEGA, ESQ.

# CURRICULUM VITAE

CESAR R. ROSARIO VEGA
Paseo Mayor B-25 Street 4, San Juan, PR 00926
Phone: (787) 536-7770
Electronic Mail: cesarrosariopr@gmail.com

## EDUCATION

NEW YORK UNIVERSITY, SCHOOL OF LAW................................... May 1995
Master of Laws (LL.M. in Taxation)

UNIVERSITY OF PUERTO RICO, SCHOOL OF LAW.............................. June 1992
Juris Doctor (J.D.), *Magna Cum Laude*

UNIVERSITY OF PUERTO RICO, FACULTY OF BUSINESS ADMINISTRATION ...... June 1988
Río Piedras Campus
Bachelor in Business Administration (B.B.A.), *Magna Cum Laude*
Majors in Accounting and Computer Information Systems
Award for Outstanding Graduate in Computer Information Systems

## EXPERIENCE

ADSUAR MUÑIZ GOYCO SEDA & PEREZ-OCHOA, PSC................... June 1995 to Present
Shareholder, Corporate and Tax Department
(formerly Adsuar Muñiz Goyco & Besosa and Axtmayer Adsuar Muñiz & Goyco)

MARTINEZ ODELL & CALABRIA............................... October 1992 to August 1994
Associate, Corporate and Tax Department

MARTINEZ ODELL CALABRIA & SIERRA........................... June 1991 to April 1992
Law Clerk

## ACADEMIC EXPERIENCE

UNIVERSITY OF PUERTO RICO, SCHOOL OF LAW.............................. 2013-2015
Río Piedras Campus, Adjunct Law Professor, Taxation of Corporations and Partnerships

UNIVERSITY OF PUERTO RICO, FACULTY OF BUSINESS ADMINISTRATION ...... 2006-2007
Río Piedras Campus, Business Law Professor

## ADMITTED TO PRACTICE

Puerto Rico Supreme Court (1993)
U.S. Court of Appeals for the First Circuit (1993)
U.S. District Court for the District of Puerto Rico (1994)
U.S. Tax Court

## PROFESSIONAL LICENSES AND ASSOCIATIONS

Notary Public
Puerto Rico Bar
American Bar Association (ABA)
Puerto Rico College of Certified Public Accountants (CPA)
American Institute of Certified Public Accountants (AICPA)

## REFERENCES
Available upon request