IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 15-03076 MCF

JOSE L LIZARDI ORTIZ

Chapter 11

XXX-XX-9840

FILED & ENTERED ON 6/9/2015

Debtor(s)

O R D E R

I hereby disqualify myself from this case.  The Clerk shall reassign this case to another judge.

SO ORDERED.

San Juan, Puerto Rico, this 09 day of June, 2015.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

Cc: All creditors