15-7

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute of Hearing

**Hearing Information:**

Debtor: JOSE LIZARDI ORTIZ                    Case Number: 15-03076-MCF

Joint Debtor: _____                 Chapter: 11

Date / Time / Room: 6-9-2015 at 1:30 PM       Courtroom: 03

Bankruptcy Judge: MILDRED CABAN FLORES

Courtroom Clerk: CARMEN B. FIGUEROA

Reporter / ECR: Unknown

**Matter:**
MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY SUSAN SKELLY-HAND, PATRICK HAND AND RACHEL HAND AND DEBTOR'S AMENDED OPPOSITION (DKT #13 & #20)

**Appearances:**

Trustee: _____ , Debtor(s)' Attorney: CARMEN CONDE TORRES ✓

Movant/Creditor/Others: SOLYMAR CASTILLO MORALES ✓

**Proceedings:**

☐ Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby lifted by default in favor of movant.

☐ Parties agreed to _____ in ____ days or stay is lifted.

☐ Motion to Lift Stay was settled by the parties. Hearing becomes moot.

☐ Stipulation was filed on _____. The hearing became moot. Clerk is to follow up.

☐ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

☐ Movant's request to issue new summons is granted. Clerk is to issue new summons.

☐ Movant's application to withdraw the motion to lift stay is granted.

☑ A Final Hearing ~~will be scheduled for:~~ **is scheduled** sine die off _____.

☐ Clerk is to give notice of hearing.   ☐ 30-day determination period waived by movant. _____.

☐ Case converted. Movant is to request new summons, refile its motion for relief of stay and file a certificate of service within 60 days.

☑ Additional Comments: *The clerk to schedule Final Hearing before the new judge. Clerk to coordinate the date of final hearing with the parties.*