IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 15-03076(MCF) |
|---|---|
| JOSE L. LIZARDI ORTIZ | CHAPTER 11 |
| DEBTOR IN POSSESSION | |

**MOTION REQUESTING CONTINUANCE OF STATUS CONFERENCE HEARING**

**TO THE HONORABLE COURT:**

**COMES NOW,** Jose L. Lizardi Ortiz (hereinafter, the "Debtor"), through the undersigned attorney, and very respectfully **STATES** and **PRAYS**:

1. This Honorable Court has scheduled the status conference hearing for July 15, 2015 at 9:00 am. (Docket 8)

2. On that same date and time counsel for the Debtor has already scheduled since April 22, 2015 an evidentiary hearing in case 13-08171 (EAG). The same is to be held at the Bankruptcy Court, Southwestern Divisional Office in Ponce. **Exhibit 1**.

3. Due to this conflict in calendar it is respectfully requested that the status conference hearing be continued to the next available date the Court may have.

4. The request for continuance of the status conference hearing will not cause any prejudicial delay in the proceedings and the administration of the bankruptcy case.

**WHEREFORE** the Debtor very respectfully requests that this Honorable Court continue the status conference hearing scheduled for July 15, 2015 to the next available date that the Court may have.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 25th day of June 2015.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system, including the US Trustee and by First Class Mail to all creditors and parties in interest as per the Master Address List herein attached.

    **C. CONDE & ASSOC.**
Attorney for Debtor
San Jose Street #254, 5th Floor
San Juan, PR 00901-1253
Tel: (787) 729-2900; Fax: (787) 729-2203
*S/Luisa S. Valle Castro*
By: Luisa S. Valle Castro, Esq.
USDC No.: 215611



EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

PEDRO LOPEZ MUNOZ

XXX-XX-6260

Debtor(s)

CASE NO. 13-08171 EAG

Chapter 11

FILED & ENTERED ON 4/22/2015

ORDER & NOTICE

The urgent motion filed by United Surety & Indemnity Company requesting continuance of the hearing scheduled for 4/24/2015 and 4/27/2015 (docket #238) is hereby GRANTED. The hearing is rescheduled for 7/14/2015 and 7/15/2015 at 09:30 A.M., at the United States Bankruptcy Court, Southwestern Divisional Office, MCS Building, Second Floor, 880 Tito Castro Avenue, Ponce, Puerto Rico.

The Clerk shall notify all parties in interest.

SO ORDERED.

Ponce, Puerto Rico, this 22 day of April, 2015.

Edward A Godoy
U.S. Bankruptcy Judge

cc: All creditors

```
Label Matrix for local noticing      US TRUSTEE                        US Bankruptcy Court District of P.R.
0104-3                               EDIFICIO OCHOA                    Jose V Toledo Fed Bldg & US Courthouse
Case 15-03076-MCF11                  500 TANCA STREET SUITE 301        300 Recinto Sur Street, Room 109
District of Puerto Rico              SAN JUAN, PR 00901-1922           San Juan, PR 00901-1964
Old San Juan
Thu Jun 25 12:03:58 AST 2015

ALLY FINANCIAL                       AT&T Mobility Puerto Rico, Inc    ATT
BANKRUPTCY DEPARTMENT                % AT&T Services, Inc              PO BOX 5014
PO BOX 130424                        Karen Cavagnaro, Paralegal        CAROL STREAM IL  60197-5014
ROSEVILLE MN  55113-0004             One AT&T Way, Room 3A104
                                     Bedminster, NJ 07921-2693

Ally Financial                       (p)BMW FINANCIAL SERVICES         CBHV
PO Box 130424                        CUSTOMER SERVICE CENTER           PO BOX 831
Roseville, MN 55113-0004             PO BOX 3608                       NEWBURGH NY  12551-0831
                                     DUBLIN OH 43016-0306

CITY TREASURER                       COND SURFSIDE MANSION             EXCELLUS HEALTH PLAN
DELINQUENT ACCOUNT COLLECTION PROGRAM AVE ISLA VERDE 3307              PO BOX 5266
PO BOX 129039                        CAROLINA PR 00979-4937            BINGHAMTON  NY   13902-5266
SAN DIEGO CA  92112-9039

(p)FIRST NIAGARA BANK                HSBC BANK                         HSBC MORTGAGE
PO BOX 514                           2929 WALDEN AVE                   BANKRUPTCY DEPARTMENT
LOCKPORT NY 14095-0514               DEPEW NY 14043-2690               636 GRAND REGENCY BOULEVARD
                                                                       BRANDON FL 33510-3942

IRS                                  IRS                               (p)NBT BANK NA
CITIVIEW PLAZA NO II                 PO BOX 7346                       52 SOUTH BROAD STREET
48 CARR  165  SUITE 2000             PHILADELPHIA PA  19101-7346       NORWICH NY 13815-1699
GUAYNABO PR  00968-8000

PILATES GYM LLC                      PREPA                             RUSSELL BRUCE HUBBARD MD INC
COND SURFSIDE MASION                 PO BOX 363508                     1565 HOTEL CIRCLE S 350
APT  1002                            SAN JUAN PR  00936-3508           SAN DIEGO CA  92108-3431
CAROLINA PR 00979-4916

SAN DIEGO GAS  ELECTRIC              SUSAN SKELLY-HAND                 TRUST OF DECEASED WIFE
PO BOX 25111                         PATRICK HAND                      TO BE PROVIDED
SANTA ANA CA   92799-5111            PO BOX 524
                                     OGDENSBURG  NY 13669-0524

US DEPARTMENT OF JUSTICE             VERIZON WIRELESS                  VOLKSWAGEN CREDIT
FEDERAL LITIGATION DIVISION          PO BOX 4003                       PO BOX 17497
PO BOX 9020192                       ACWORTH  GA 30101-9004            BALTIMORE MD 21297-1497
SAN JUAN PR 00902-0192

WELLS FARGO BANK NA                  CARMEN D CONDE TORRES             JOSE L LIZARDI ORTIZ
PO BOX 19657                         254 SAN JOSE STREET               COND SUR SIDE MASIONS
IRVINE CA 92623-9657                 5TH FLOOR                         APT NO 1105
                                     SAN JUAN, PR 00901-1523           CAROLINA, PR 00979
```

```
MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BMW FINANCIAL SERVICES           FIRST NIAGARA BANK              NBT BANK
PO BOX 3608                      BANKRUPTCY DEPARTMENT           6554 STATE HIGHWAY 56
DUBLIN  OH  43016-0306           6950 S TRANSIT ROAD             POTSDAM NY    13676
                                 LOCKPORT  NY   14095
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Susan Skelly- Hand, Patrick Hand and Rache      End of Label Matrix
                                                   Mailable recipients   30
                                                   Bypassed recipients    1
                                                   Total                 31
```