IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 15-03076 MCF

JOSE L LIZARDI ORTIZ

Chapter 11

XXX-XX-9840

FILED & ENTERED ON 6/30/2015

                    Debtor(s)

                            O R D E R

    I hereby disqualify myself from this case.  The Clerk shall reassign this
case to another judge.

    The Status Conference Scheduled for 7/15/2015, is VACATED.

    San Juan, Puerto Rico, this 30 day of June, 2015.

                                        _Mildred Caban_

                                     Mildred Caban Flores
                                     U.S. Bankruptcy Judge

Cc: All creditors