TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME: _José L. Lizardi Ortiz_  CASE NUMBER: _15-03076_

CHAPTER: _11_

JUDGE: _MCF_

DATE OF MEETING: _6/29/15_   TIME OF MEETING: _10:00 a.m._

TRACK NUMBER: _01_

METER READING
START : _0:00_ (hr:min)
END   : _0:48_ (hr:min)

1) **DEBTOR:**
   (X) PRESENT
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
   (X) PRESENT
   ( ) NOT PRESENT

3) **CREDITORS:**
   (X) PRESENT (See attachment)
   ( ) NOT PRESENT

4) **TRUSTEE:**
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE: _____
   (X) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
   ( ) HAS BEEN APPOINTED
   (X) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:**
   ( ) HAS BEEN FILED   N/A
   ( ) HAS NOT BEEN FILED

9) **PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:**
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

10) **PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:**
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

12) **FINANCIAL STATEMENT(s) LAST TWO YEARS:**
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

13) **RENT ROLL:**
    ( ) HAS BEEN FILED   N/A
    ( ) HAS NOT BEEN FILED

14) **PROOF OF INSURANCE:**
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) **MEETING:**
    ( ) CLOSED
    (X) CONTINUED TO:
    DATE: _July 17, 2015_
    TIME: _9:00 a.m._

16) COMMENTS:

— Still pending documents to receive/review.

(Filed Electronically)

_____
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

6/29/15
Date

- 3 -

José L. Grandi O/br
15-3076

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Solymar Castillo, Esq. Goldman, Antonetti & Cordova | Hand Family | 250 Muñoz Rivera Suit 1400 San Juan PR 00918 scastillo@gaclaw.com | (787) 759-0213 | (474-2335) |