### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**JOSE LIZARDI**<br>     Debtor | Case No. 15-3076 (MIFF)<br>Chapter **11** |

### Fed. R. Civ. P. 45(a)(4): NOTICE OF SUBPOENA TO THIRD PARTY

Pursuant to Rule 45 (a)(4) of the Federal Rules of Civil Procedure, Susan Skelly-Hand, Patrick Hand and Rachel Hand **(herein after The Hands)** hereby notifies to the Debtor, the US Trustee and all parties in interests that a subpoena is going to be served on October 12, 2015 on Mr. Micahel Schaefer, as Manager of the Corporate Legal Group of Charles Schwab & co, Inc., or the person designated by him requesting a representative of Charles Schwab & Co., Inc.'s appearance to:

**PLACE:**   U. S Bankruptcy Court,  Court Room #2
            Jose V. Toledo Post Office & Courthouse Building,
            San Juan, P.R.

**DATE:**    October 27, 2015

**TIME:**    10:00 a.m.

who are most knowledgeable as to the matters set forth below:

    *1.* All information related to the Copies of all the certificates/ notices of withdrawals issued pursuant to the order entered by Honorable Judge Demarest on May 1, 2014 in the case of <u>Susan Skelly- Hand, Patrick Hand as parents and natural guardians of Rachel Hand v. Jose Lizardi</u>.  Index case 11175 Supreme Court of New York at Sr. Lawrence County.  Including but not limited to all the withdrawals made the accounts xxxx-9061, xxx-2358, and xxx-1619 made from 2012 through 2015 or any other account under Mr. José Lizardi and his late wife Gina Lizardi's name.

1

Dated: October 8, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **Carmen Conde Torres** counsel for the Debtor, the US Trustee and to all CM/ECF participants.

In San Juan, Puerto Rico, this October 9, 2015.

                                    **GOLDMAN ANTONETTI & CORDOVA, LLC.**
                                    ATTORNEYS FOR CREDITOR,
                                    **Susan Skelly- Hand, Patrick Hand and Rachel Hand**
                                    American International Plaza, 14th Floor
                                    250 Muñoz Rivera Avenue
                                    San Juan, PR 00918
                                    Tel: (787) 759-4213
                                    Fax: (787) 474-2335

                                    */s/ Solymar Castillo Morales*
                                    Solymar Castillo Morales
                                    USDC-PR #218310
                                    e-mail: scastillo@gaclaw.com